| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 02 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Lili M. Harrell | | | REPORTER/FTR<br>Lydia Zinn   (10:43am - 10:45am) | | |
| MAGISTRATE JUDGE<br>Nathanael Cousins | | DATE<br>March 28, 2014 | | | NEW CASE<br>☐ | CASE NUMBER<br>3:14-mj-70439 MAG | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT<br>Barry Blackwell House | AGE | CUST<br>Y | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>Elizabeth Falk (specially) | | PD. ☐  RET. ☐<br>APPT. ☐ | |
| U.S. ATTORNEY<br>Susan Badger, Waqar Hasib | | INTERPRETER | | | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Josh Libby | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | | PARTIAL PAYMENT ☐<br>OF CJA FEES | |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☐ INITIAL APPEAR | | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS<br>☐ TRIAL SET |
| ☒ I.D. COUNSEL<br>Not held | | ☐ ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |
| **INITIAL APPEARANCE** | | | | | | | |
| ☐ ADVISED OF RIGHTS | | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | | ☐ TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | | ☐ INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | | ☐ NOT GUILTY | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO:<br>3/31/14 | ☒ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | | ☐ TRIAL SET |
| AT:<br>9:30am | ☒ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING | | ☐ CHANGE OF PLEA | | ☐ STATUS |
| BEFORE HON.<br>Cousins | ☐ DETENTION HEARING | | ☐ ARRAIGNMENT | | ☐ MOTIONS | | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | | ☐ PROB/SUP REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

FILED MAR 28 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCUMENT NUMBER: