| | | | |
|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | [Clear Form] | TOTAL TIME (mins): | 5 min |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Lili M. Harrell | REPORTER/FTR: Lydia Zinn (10:02am - 10:07am) | |
| MAGISTRATE JUDGE: Nathanael Cousins | DATE: March 31, 2014 | NEW CASE ☐ | CASE NUMBER: 3:14-mj-70439 MAG |

### APPEARANCES

| DEFENDANT | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| Barry Blackwell House | | | | Elizabeth Falk (specially) | APPT. ☐ |
| U.S. ATTORNEY: Will Frentzen, Susan Badger | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Brad Wilson | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEAR | ☐ | PRELIM HRG | ☐ MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS / TRIAL SET |
| ☒ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ BOND HEARING | ☐ | IA REV PROB. or or S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 4/3/14 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 11:00am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS re Detention |
| BEFORE HON. Cousins | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Matter also set for 4/8/14 at 9:30am before Judge Spero for preliminary hearing/arraignment.

DOCUMENT NUMBER: