# Exhibit A

## The Permanente Medical Group, Inc.
PEDI HEM/ONC BEACON
3505 Broadway
Oakland CA 94611-5714
Main: 752-1000X0000

July 2, 2014

PATIENT: B▮▮▮ House
MR#: 15443643
DOB: 2/9/10

To Whom It May Concern:

B▮▮▮ is a four-year-old with Trisomy 21 under the continuing care of the pediatric oncology service at Kaiser Permanente in Oakland. This patient is treated for the diagnosis made in 4/13 of of ALL, leukemia. He also has a history of congenital heart disease and has been followed by the pediatric pulmonologist for respiratory concerns.

With treatment for leukemia, B▮▮▮ has developed medical complications including fungal meningitis. In the first year of treatment, he experienced extensive hospitalizations and required close outpatient follow-up.

Presently, B▮▮▮ receives oral chemotherapy and other prescription medications at home to treat his respiratory difficulties and infection. He has a central line in place to allow delivery of IV medications that are provided in the outpatient setting at least once a month. He has not been hospitalized since 12/13 but is at continuing risk of additional complications.

This youngster is extremely active and impulsive. Due to medical vulnerability and the condition of Trisomy 21, B▮▮▮ needs moment-to-moment supervision in the home to maintain his physical safety and to monitor his medical needs.

Your consideration of this patient's exceptional circumstances and needs is most appreciated.

Sincerely,

Anjali Sharma, MD
Pediatric Oncology

Kim Sherman, LCSW
Clinical Social Worker

KAISER PERMANENTE